IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT,
IN AND FOR PASCO COUNTY, FLORIDA

TIMOTHY MARK TAYLOR,

    Plaintiff,

vs.

AMERICAN SELECT INSURANCE COMPANY,

    Defendant.

_____/

CASE NO. 51-2007-CA-5178

DIVISION:

## COMPLAINT

Plaintiff, TIMOTHY MARK TAYLOR, sues Defendant, AMERICAN SELECT INSURANCE COMPANY, and alleges:

### ALLEGATIONS COMMON TO ALL COUNTS

1. This is an action for damages in excess of $15,000.00.

2. Jurisdiction is proper pursuant to §48.193(1), Florida Statutes.

3. Plaintiff, TIMOTHY MARK TAYLOR, is a resident of Dade City, Pasco County, Florida.

4. Defendant, AMERICAN SELECT INSURANCE COMPANY, ("AMERICAN SELECT"), is a foreign corporation that undertook to conduct business and adjust insurance claims, including the provision of a legal defense to the Plaintiff, within Pasco County, Florida.

5. Plaintiff, TIMOTHY MARK TAYLOR, was named as the Defendant in the action styled *Terry Roberts, as the Personal Representative of the Estate of Donald Edward Roberts, Jr., a Minor, deceased, vs. Timothy Mark Taylor*, Case No. 51-2004-CA-002093

ES/B, filed in the Sixth Judicial Circuit, in and for Pasco County, Florida ("the underlying action.")

6. The underlying Complaint asserted claims for negligence, pursuant to the Wrongful Death Act, against TIMOTHY MARK TAYLOR for actions which allegedly took place on or about August 21, 2002, on or near property he owned or controlled relating to the operation of a four-wheeled all terrain vehicle.

## COUNT I - NEGLIGENT UNDERTAKING

7. When it received notice that the underlying action was instituted, AMERICAN SELECT undertook to defend TIMOTHY MARK TAYLOR in connection with the underlying action.

8. This defense undertaken by AMERICAN SELECT was necessary for the protection of TIMOTHY MARK TAYLOR, specifically to protect him from a judgment.

9. By virtue of its undertaking, as well as by virtue of the relationship between the parties, AMERICAN SELECT had a duty to exercise due and reasonable care in its undertaking, including providing an adequate and competent defense to TIMOTHY MARK TAYLOR, with skill commensurate to the undertaking.

10. AMERICAN SELECT, as a insurance company, had full knowledge of the harm which would come to TIMOTHY MARK TAYLOR should the defense not be provided with all due and reasonable care.

11. AMERICAN SELECT failed to provide an adequate and competent defense to TIMOTHY MARK TAYLOR, thereby breaching its duties owed by virtue of the undertaking,

by negligently and carelessly causing the commission or omission of the following acts, among others:

    (a) failing to timely respond to a Motion for Default;

    (b) acting in such a manner that the Court held that AMERICAN SELECT acted with gross negligence in responding to the entry of a default against TIMOTHY MARK TAYLOR;

    (c) failing to have the default as to liability entered against TIMOTHY MARK TAYLOR set aside when there was a valid and meritorious defense to the allegations of the underlying Complaint;

    (d) preventing TIMOTHY MARK TAYLOR from asserting the valid and meritorious defense he had to the allegations of the underlying complaint; and

    (e) withdrawing its defense of TIMOTHY MARK TAYLOR shortly prior to a scheduled trial in the underlying action, and without correcting the damage it had done by negligently failing to timely having the default against him set aside.

12. As a direct and proximate result of AMERICAN SELECT'S actions, as described above, TIMOTHY MARK TAYLOR lost all liability defenses available to him in that action, and he thereby became unable to effectively defend the claim presented against him.

13. Subsequent to AMERICAN SELECT'S withdrawal of TIMOTHY MARK TAYLOR'S legal defense, the underlying action proceeded to jury trial, and as a further direct and proximate result of the negligence of the defendant described above, the jury only decided

3

11/13/2007 12:53 PM                                                Westfield Group   800-243-0210   10/1

the issue of damages, which the jury determined to be $20,000,000.00 (Twenty Million Dollars).

14. As a further direct and proximate result of AMERICAN SELECT'S breach of the duties owed to TIMOTHY MARK TAYLOR, on or about April 3, 2007, a judgment was entered against TIMOTHY MARK TAYLOR for $20,000,000.00 (Twenty Million Dollars), which has been collecting interest at the statutory rate since the date of entry, causing damage to the Plaintiff. A copy of that judgment is attached hereto as Exhibit A.

15. AMERICAN SELECT has thus refused to pay any portion of that judgment.

WHEREFORE, Plaintiff, TIMOTHY MARK TAYLOR, demands judgment against AMERICAN SELECT INSURANCE COMPANY in excess of $15,000.00, including interest on those elements of damages upon which interest may be recovered, plus costs and attorneys' fees, and demands trial by jury on all issues so triable.

## COUNT II - BREACH OF FIDUCIARY DUTY

16. Plaintiff, TIMOTHY MARK TAYLOR, realleges and reincorporates paragraphs one through 14 as if fully set forth herein.

17. Once it had undertaken the defense of TIMOTHY MARK TAYLOR, and as a result of the relationship between the parties, AMERICAN SELECT owed to the Plaintiff a fiduciary duty to perform the entire undertaking in good faith.

18. AMERICAN SELECT breached that fiduciary duty by placing its own interests above those of TIMOTHY MARK TAYLOR, and by further failing to act in good faith towards TIMOTHY MARK TAYLOR.

19. As a direct and proximate result of AMERICAN SELECT'S breach of the fiduciary duty owed to TIMOTHY MARK TAYLOR, ultimately, a judgment was entered against TIMOTHY MARK TAYLOR for $20,000,000.00, causing damage to him. See Final Judgment, previously attached as Exhibit A.

WHEREFORE, Plaintiff, TIMOTHY MARK TAYLOR, demands judgment against AMERICAN SELECT INSURANCE COMPANY in excess of $15,000.00, including interest on those elements of damages upon which interest may be recovered, plus costs and attorneys' fees, and demands trial by jury on all issues so triable.

*[signature]*
DALE SWOPE
Florida Bar No. 261270
KATHRYN LEE
Florida Bar No. 0675660
SWOPE, RODANTE, P.A.
1234 East 5th Avenue
Tampa, Florida 33605
TEL: (813) 273-0017
FAX: (813) 223-3678
Attorneys for Plaintiff

11/13/2007 12:53 PM

Westfield Group   800-243-0210   12/1

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCIUT JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA, IN AND FOR PASCO COUNTY,
CIVIL DIVISION

TERRY ROBERTS, as the
Personal Representative of
the Estate of DONALD EDWARD
ROBERTS, JR., a minor deceased,

    Plaintiff(s),

vs.

CASE NUMBER: 51-2004-CA-2093 ES/B

TIMOTHY MARK TAYLOR,

    Defendant(s).

_____/

### FINAL JUDGEMENT

Pursuant to the verdict rendered in this cause on March 27, 2007, it is,

ORDERED AND ADJUDGED that Plaintiff, Terry Roberts, as the Personal Representative of the Estate of Donald Edward Roberts, Jr., a minor deceased, and on behalf of his survivors, Terry and Donald Roberts, shall recover from Defendant, Tim Mark Taylor, the sum of TWENTY MILLION DOLLARS AND NO/100 ($20,000,000.00) that shall bear interest at the statutory rate determined pursuant to Section 55.03, Florida Statutes, for which let execution issue.

DONE AND ORDERED in Chambers at Dade City, Pasco County, this ____ day of _____, 2007

SIGNED AND DAT"

APR - 3 2007

_____
Wayne L. Cobb     WAYNE L. COBB
Circuit Court Judge     CIRCUIT JUDGE

Copies furnished to:
Hendrik Uiterwyk

# EXHIBIT "A"