UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY MARK TAYLOR,

    Plaintiff,

v.                                                                                      CASE NO: 8:07-cv-2117-T-26MSS

AMERICAN SELECT INSURANCE
COMPANY,

    Defendant.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Defendant's Motion to Dismiss or Alternative Motion for More Definite Statement (Dkt. 3) is denied because (1) Defendant has impermissibly asked this Court to consider matters beyond the complaint in violation of Eleventh Circuit precedent[1] and (2) Plaintiff's complaint otherwise complies with the pleading requirements recently announced by the United States Supreme Court.[2] Defendant shall file its answer and defenses within 10 days of this order, which may include the affirmative defense of *res judicata*.

**DONE AND ORDERED** at Tampa, Florida, on November 21, 2007.

                                      s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

    [1] See Milburn v. United States, 734 F.2d 762, 765 (11th Cir. 1984).

    [2] See Bell Atlantic Corp. v. Twombly, ___U.S.___, 127 S.Ct. 1955 (2007).