# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

TIMOTHY MARK TAYLOR,

    Plaintiff,

v.                              CASE NO: 8:07-cv-2117-T-26MSS

AMERICAN SELECT INSURANCE
COMPANY,

    Defendant.
_____/

## O R D E R

Upon due consideration of the parties' written submissions, and oral arguments, and for the reasons announced on the record at the hearing held today, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion to Compel (Dkt. 28) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, on June 12, 2008.

                                      s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record