**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

TIMOTHY MARK TAYLOR,

    Plaintiff,

v.                                          CASE NO: 8:07-cv-2117-T-26MSS

AMERICAN SELECT INSURANCE
COMPANY,

    Defendant.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Defendant's Motion for Judgment on the Pleadings (Dkt. 41) is denied. The Court prefers, out of an abundance, to resolve the issues raised in the motion within the context of a motion for summary judgment with a fully developed record.

**DONE AND ORDERED** at Tampa, Florida, on July 11, 2008.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA
                                              UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record