## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

TIMOTHY MARK TAYLOR,

    Plaintiff,

v.                                                        CASE NO: 8:07-cv-2117-T-26MSS

AMERICAN SELECT INSURANCE
COMPANY,

    Defendant.
_____/

## **O R D E R**

    Before the Court is Plaintiff's Motion for Permissive Joinder of Additional Defendants, for Leave to Amend Complaint, and for Remand of Action (Dkt. 44) and Defendant's Opposition (Dkt. 45). After due consideration of the parties' submissions, together with the history of this case, the Court concludes that the motion is due to be denied for the following reasons

    First, the Court agrees with Defendant's contention that Plaintiff has been dilatory in requesting joinder of his prior attorney and that attorney's law firm in this case. In light of the record, Plaintiff's counsel was well aware even prior to the institution of this action of the existence of a malpractice claim against his prior attorney and his law firm. This conclusion is buttressed by the fact that this Court extended the deadline for joinder and amendment of pleadings based on Plaintiff's counsel's specific representation that she "[would] not be in a position to know if [Plaintiff] has a factual basis for alleging a cause of action against Mr. Patsko, . . . " until his deposition scheduled for July 10, 2008, had been taken. As of the date of

this order, that deposition has yet to occur, thus leading to the inescapable conclusion that the deposition of Mr. Patsko was not necessary, as Plaintiff's counsel represented, in determining whether Plaintiff had a legal malpractice claim against him and his firm.

The Court also agrees with Defendant's argument that the sole motivating cause for Plaintiff to seek joinder is to destroy this Court's diversity jurisdiction, thereby requiring remand of the case to the state court from which it was removed.  Plaintiff is obviously disenchanted with this Court's ruling with regard to the recent denial of his motion to compel, as well as the observations of the Court announced on the record at the hearing on the motion with respect to the merits of Plaintiff's claim against Defendant.

Finally, after assessing the other relevant legal factors supporting the permissive joinder of Plaintiff's former counsel and his law firm, the Court concludes that none of them support such joinder.  Accordingly, Plaintiff's Motion for Permissive Joinder, for Leave to Amend, and for Remand (Dkt. 44) is denied.

**DONE AND ORDERED** at Tampa, Florida, on July 16, 2008.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record