**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

TIMOTHY MARK TAYLOR,

    Plaintiff,

v.                                      CASE NO: 8:07-cv-2117-T-26TGW

AMERICAN SELECT INSURANCE
COMPANY,

    Defendant.
_____/

**O R D E R**

    Upon due consideration, it is ordered and adjudged that Plaintiff's Motion to Compel (Dkt. 68) is denied without prejudice.  There is no reason why this issue was not resolved amicably between the parties before Plaintiff filed this motion.  The Court directs counsel to confer *personally* within three business days in a good faith effort to resolve the issue raised in the motion.  Should Plaintiff refile the motion, counsel is put on notice that the Court will direct an expedited response and schedule an expedited hearing and will impose appropriate sanctions on any attorney determined not to have acted in good faith.

    **DONE AND ORDERED** at Tampa, Florida, on November 10, 2008.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA
                                        UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:

Counsel of Record

Counsel of Record