UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY MARK TAYLOR,

    Plaintiff,

vs.                              Case No.:  8:07-cv-2117-T-26 MSS

AMERICAN SELECT INSURANCE

    Defendant.
_____/

## MEDIATION REPORT

A mediation conference was held before the undersigned on December 11, 2008. The parties and their counsel were present. As a result of lengthy negotiations between the parties an agreement was reached to settle this case. The parties are preparing appropriate settlement documents for execution which will result in the dismissal of this case.

    Respectfully submitted this 12th day of December, 2008.

                                          /s/ C. Lawrence Stagg
                                          C. Lawrence Stagg
                                          Florida Bar No: 076990
                                          C. Lawrence Stagg, LLC
                                          401 E. Jackson Street, Suite 1700
                                          Tampa, Florida  33602
                                          Tel: (813) 223-3130
                                          staggadr@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

                                          /s/ C. Lawrence Stagg
                                          Attorney

{TP438451;1}